

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00067-CV

| | | |
|---|---|---|
| Peter Payne, Mary Beth Payne, David Howard, Oksana Howard, Melvin Harris, Donna Harris, and Christina Childers | § | From the 431st District Court |
| | § | of Denton County (2011-70650-431) |
| v. | § | April 10, 2014 |
| Highland Homes, Ltd. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel